# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JESUS HERNANDEZ,**<br>　　　　　Petitioner,<br>　　v.<br>RAYMOND MADDEN (Warden),<br>　　　　　Respondent. | No. LA CV 16-02619-VBF-AJW<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Jesus Hernandez.** IT IS SO ADJUDGED.

Dated: May 17, 2018

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge